Senior Health Center West
11700 W 2nd Pl
STE 450
Lakewood CO 80228-1719

Visit date: 10/23/2020

**10/23/2020 - Office Visit in Senior Health First Lakewood (continued)**

**Clinical Notes (continued)**

Megan Burke M.D

H.

Date

**FOLLOWUP:**[MB.1T] **Annual wellness visit 2021**[MB.1M]

**SUBJECTIVE/HPI:**

Ms. Constance Knight is a 72 y.o. who presents for a follow up visit. Patient's primary care physician is Megan P Burke, MD.

Concerns today with patient's chief complaint listed first:[MB.1T]

Patient is here today for annual wellness visit and to follow-up on chronic issues. Her husband has retired since Covid. She is still working on some independent contractor projects, but has realized that she will likely retire fully to. She does not enjoy zooming at work. She is disappointed that she is unable to see her family due to Covid. She was more active last year. She has chronic allergies. Her nose itches with the mask. She is switch from Allegra to Zyrtec for her allergies.

She has some questions about supplementing with vitamins. She previously saw a chiropractor who recommended several vitamin supplements that she took and felt improved after taking them. She is wondering what she should be taking currently.

She continues to pursue a lawsuit regarding a car accident from 2 years ago. This is causing a lot of frustration for her. She has been having some balance issues in general and was previously seeing a neurologist about falls. She was set up to see another neurologist about falls but the neurologist declined to see her because she would not sign paperwork saying that he could benefit from pain at from her lawsuit. She thinks this is very frustrating. She has done physical therapy in the past which is helped with her balance. She reports several small falls where she has not injured herself. These have mostly happened when she is out working in her garden.[MB.2M]