**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 23-cv-00007-JLK-CYC

CONSTANCE KNIGHT,
ROGER KNIGHT,

Plaintiffs,

v.

STATE FARM AUTOMOBILE INSURANCE COMPANY,

Defendant.

---

**ORDER REMANDING MATTER TO MAGISTRATE JUDGE**

---

Kane, J.

On February 25, 2026, U.S. Magistrate Judge Cyrus Y. Chung issued a Recommendation by U.S. Magistrate Judge (ECF No. 75) on the Motion for Summary Judgment (ECF No. 56) filed by Defendant State Farm Automobile Insurance Company. Magistrate Judge Chung's Recommendation is well researched and well-reasoned. However, shortly after the Recommendation was issued, the Supreme Court of Colorado reversed a Colorado Court of Appeals decision on which Magistrate Judge Chung relied, *see United Services Automobile Association v. Wenzell*, Case No. 24SC372, 2026 WL 1130206, *1 (April 27, 2026), such that a revaluation of the issues addressed in the Recommendation is warranted.

Accordingly, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Federal Rule of Civil Procedure 72(a), this case is remanded back to Magistrate Judge Cyrus Y. Chung, for him to supplement, amend, or withdraw and replace his recommendation on State Farm's Motion for Summary Judgment in accordance with the newly developed case law.

DATED this 20th day of May, 2026.

John L. Kane
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE